GUCCIARDO ET AL., APPELLANTS, *v.* STOW [-MUNROE FALLS] CITY
SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE.

[Cite as *Gucciardo v. Stow-Munroe Falls City School
Dist. Bd. of Edn.* (2000), 87 Ohio St.3d 531.]

(No. 99–181—Submitted November 30, 1999—Decided January 19, 2000.)

---

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald G. Macala*
and *Kathleen K. McKinley,* for appellants.

*Whalen & Compton Co., L.P.A., G. Frederick Compton, Jr., R. Brent Minney*
and *Craig A. Robinson,* for appellee.

---

The judgment of the court of appeals is reversed, and the cause is remanded to
the trial court for further proceedings on the authority of *State ex rel. Clark v.
Greater Cleveland Regional Transit Auth.* (1990), 48 Ohio St.3d 19, 548 N.E.2d
940.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.